P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone:  (559) 617-4444
Email: Jarrett@559law.com

Attorney for Defendant
Sean Hunt

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:26-CR-00009 |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |
| v. | DATE: July 6, 2026 |
| SEAN HUNT, | TIME: 9:00 a.m. |
| Defendant. | |

This case is set for sentencing on July 6, 2026.  The parties agree and stipulate to continue the sentencing until September 8, 2026, to accommodate the schedule of counsel.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for sentencing on July 6, 2026.

2.    By this stipulation, defendant now moves to continue the sentencing until **September 8, 2026, at 9:00 a.m.**

3.    No exclusion of time is necessary because the matter concerns a sentencing hearing.

//

//

//

STIPULATION AND ORDER TO CONTINUE SENTENCING                    1

IT IS SO STIPULATED.

Dated:  June 1, 2026

ERIC GRANT
United States Attorney

/s/ DAVID GAPPA
DAVID GAPPA
Assistant United States Attorney

Dated:  June 1, 2026

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
SEAN HUNT

## ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the sentencing scheduled for July 6, 2026 at 9:00 a.m. is continued to September 8, 2026 at 9:00 a.m.  No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED

Dated:___June 2, 2026_____

Honorable Jennifer L. Thurston
United States District Judge

STIPULATION AND ORDER TO CONTINUE SENTENCING                    2